MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: 415-977-8963
Facsimile: 415-744-0134
E-mail: Sharon.Lahey@ssa.gov

Attorneys for DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEREMY LEWIS REAL, | CASE NO. 1:17-cv-01234-SKO |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | (Doc. 16) |

Jeremy Lewis Real, and NANCY A. BERRYHILL, Acting Commissioner Of Social Security (Defendant or the Commissioner), hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Defendant to respond to Plaintiff's Opening Brief (Docket Number 15). The current deadline is July 16, 2018, and the new deadline would be August 15, 2018. Any reply to the Commissioner's response would be due on or before September 4, 2018. This is the second extension of time requested in the above-captioned matter. Defendant requests this additional time due to unanticipated medical leave from the office.

/ / / /

The parties further stipulate that the scheduling order in the above-captioned matter be modified accordingly.

Respectfully submitted,

NEWEL LAW

Dated: July 16, 2018  By: /s/ *Melissa Newel\**
MELISSA NEWEL
Attorney for Plaintiff
[*As authorized by e-mail on July 13, 2018]

Dated: July 16, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

By: */s/ Sharon Lahey*
SHARON LAHEY
Assistant Regional Counsel

## **ORDER**

The Court is in receipt of the parties' above "Stipulation to Extend Time for Defendant to Respond to Plaintiff's Opening Brief." (Doc. 16). Plaintiff submitted his Opening Brief on June 15, 2018 (Doc. 15) and pursuant to the Court's Scheduling Order (Doc. 5), Defendant's response to Plaintiff's Opening Brief was due July 16, 2018, the same day on which the parties filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." Given defense counsel's representation that she was recently required to take unanticipated medical leave from the office, (*see* Doc. 16 at 1), and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension.

IT IS HEREBY ORDERED that Defendant shall respond to Plaintiff's Opening Brief on or before August 15, 2018 and Plaintiff shall file any reply on or before September 4, 2018.

The parties are hereby ADMONISHED that any future requests for extension of time shall be brought in advance of the required filing date and be supported by good cause under Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated: **July 17, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE